```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                          :
UNITED STATES OF AMERICA,                 :       CASE NO. 1:15CR00035-001
                                          :
        Plaintiff,                        :
                                          :
vs:                                       :       ORDER
                                          :
QUENTIN BLADE,                            :
                                          :
        Defendant.                        :
                                          :
                                          :
-------------------------------------------------------
```

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

A Report and Recommendation by Magistrate Judge William H. Baughman, Jr., was filed in this case on May 15, 2015 [Doc. 67] recommending that defendant's plea of guilty be accepted and finding of guilty be entered by this Court.

The Court hereby adopts Magistrate Judge Baughman's Report and Recommendation and accepts the defendant's plea of guilty and enters a finding of guilty.

IT IS SO ORDERED.

Dated: August 31, 2015                    s/        *James S. Gwin*
                                          JAMES S. GWIN
                                          UNITED STATES DISTRICT JUDGE